UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------------------------

In re: JERRY F. LANE,           BKY. No.: 09-51514
       TARYN M. LANE,           Chapter 7

       Debtors.

**<u>ORDER TERMINATING STAY</u>**

------------------------------------------------

       This case is before the court on the motion of Wells Fargo Bank, N.A., seeking relief from the automatic stay.

       Based on the motion and the file,

       IT IS ORDERED:

       1.      The automatic stay imposed by 11 U.S.C. §362 is terminated as to the real property over which Wells Fargo Bank, N.A. successor by merger to Wells Fargo Home Mortgage, Inc., its successors or assigns, has an interest, said property legally described as:

       Lot-15 Block-2 Pleasantwood Addition Plat-2,
       Benton County, Minnesota,

       2.      Notwithstanding Fed. R. Bankr. P. 4001 (a) (3), this order is effective immediately.

Dated: January 26, 2010           /e/ Robert J. Kressel
                                                  Robert J. Kressel
                                                  United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/26/2010*
Lori Vosejpka, Clerk, By SLS, Deputy Clerk